# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

NORMAN SANDERS

NO. 2023 KW 0701

AUGUST 28, 2023

---

In Re:   Norman Sanders, applying for supervisory writs, 32nd Judicial District Court, Parish of Terrebonne, No. 197186.

---

BEFORE:   WELCH, HOLDRIDGE, AND WOLFE, JJ.

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include a copy of the motion to correct an illegal sentence, the district court's ruling, bill of information, commitment order, pertinent district court minutes, or any other documentation that would support the claims set out in the writ application. Supplementation of this writ application and/or an application for rehearing will not be considered. See Uniform Rules of Louisiana Courts of Appeal, Rules 2-18.7 & 4-9. In the event relator elects to file a new application with this court, he may do so without the necessity of obtaining a return date. Any future filing on this issue should include the entire contents of this application, the missing items noted above, and a copy of this ruling.

JEW
GH
EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT